**DENY and Opinion Filed June 17, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00564-CV

## IN RE SUMMER INFANT (USA), INC., Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02235-C**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

Before the Court is relator's May 6, 2022 petition for writ of mandamus. In the petition, relator asks us to compel the trial court to rescind its mistrial order and enter relator's proposed judgment.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). Based on our review of the petition and the record, we conclude that relator has failed to show an abuse of discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


220564f.p05 /Ken Molberg/
KEN MOLBERG
JUSTICE